**E-FILED on     3/6/12**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LEE HENDERSON, SR., | No. C 11-4918 RMW (PR) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO FILE HIS PRISONER TRUST ACCOUNT |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATIONS, et al., | |
| Defendants. | (Docket Nos. 7, 9) |

Plaintiff, a prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983.  Before the court is plaintiff's request for extension of time to file his prisoner trust account.  Plaintiff's request is GRANTED.  Plaintiff's prison trust fund account statement, filed on November 23, 2011, is deemed timely.

IT IS SO ORDERED.

Dated:  3/6/12

RONALD M. WHYTE
United States District Judge

Order Granting Plaintiff's Request For An Extension of Time
P:\pro-se\sj.rmw\cr.11\Henderson918eot

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| CURTIS LEE HENDERSON SR., | Case Number: CV11-04918 RMW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. |  |
| CA DEPT OF CORRECTIONS et al, |  |
| Defendant. |  |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 6, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Curtis Lee Henderson
Corcoran State Prison
H-43488
P.O. Box 5244
Corcoran, CA 93212

Dated: March 6, 2012

Richard W. Wieking, Clerk
By: Jackie Lynn Garcia, Deputy Clerk