IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CURTIS LEE HENDERSON, SR., | ) | No. C 11-4918 RMW (PR) |
| Plaintiff, | ) ) | ORDER DIRECTING CLERK TO RE-ISSUE SUMMONS ON DR. |
| v. | ) ) | J.K. YU; DIRECTING PLAINTIFF TO PROVIDE |
| DR. J. ESPINOZA, et al., | ) ) | COURT WITH MORE INFORMATION FOR DR.. D. |
| Defendants. | ) ) | SHAMPAIN |

On October 15, 2012, plaintiff, a California state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. (Docket No. 1) The court ordered service of plaintiff's complaint on the named defendants at California State Prison-San Quentin ("CSP-SQ"). (Docket No. 13.) Summons for defendant Dr. D. Shampain was returned unexecuted because Dr. D. Shampain "was a Contract employee and has not worked with CSP-San Quentin since on about October 2011." (Docket No. 33.) Summons for defendant Dr. J.K. Yu was returned unexecuted because there was no doctor with that name assigned to CSP-SQ. However, the Litigation Coordinator at CSP-SQ noted that "there is a Doctor K. Yu assigned to CSP-Corcoran." (Id.) Defendants Dr. D. Shampain and Dr. J.K. Yu have not been served.

Although a plaintiff who is incarcerated and proceeding in forma pauperis may rely on service by the Marshal, such plaintiff "may not remain silent and do nothing to effectuate such service"; rather, "[a]t a minimum, a plaintiff should request service upon the appropriate

1  defendant and attempt to remedy any apparent defects of which [he] has knowledge." Rochon v.
2  Dawson, 828 F.2d 1107, 1110 (5th Cir. 1987).  Here, Plaintiff's complaint has been pending for
3  over 120 days, and thus, absent a showing of "good cause," his claims against defendants Dr. D.
4  Shampain and Dr. J.K. Yu are subject to dismissal without prejudice.  See Fed. R. Civ. P. 4(m).

5        Plaintiff is directed to provide the court with current and accurate location and
6  identifying information for defendant **Dr. D. Shampain**, so that he can be served by the Marshal,
7  **no later than thirty (30) days** from the date this order is filed.  If plaintiff fails to provide more
8  information for this defendant within thirty (30) days,  his claims against this defendant will be
9  dismissed pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

10        The Clerk of the Court shall re-issue a summons and the United States Marshal shall
11  serve, without prepayment of fees, a copy of the complaint in this matter, (docket no. 1), all
12  attachments thereto, a copy of the court order filed March 6, 2012, (docket no. 13) and a copy of
13  this order upon defendant **Dr. K. Yu** at **California State Prison-Corcoran, 4001 King Avenue,**
14  **P.O. Box 3800, Corcoran, CA 93212-8309**.  The Clerk shall also mail a courtesy copy of this
15  order to the California Attorney General's Office.

16        Defendant Dr. K. Yu shall file a motion for summary judgment or other dispositive
17  motion with respect to the claims in the complaint found to be cognizable, and briefing shall
18  proceed thereafter, in accordance with the schedule and instructions set forth in the Court's Order
19  of Service, filed March 6, 2012.  (Docket No. 13).

20        IT IS SO ORDERED.
21  DATED: _____

*Ronald M. Whyte*
RONALD M. WHYTE
22  United States District Judge

Order Directing Re-issue summons; Plaintiff to Provide More Info
G:\PRO-SE\SJ.Rmw\CR.11\Henderson918reissue_more.info.wpd    2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CURTIS LEE HENDERSON SR.,

        Plaintiff,

  v.

CA DEPT OF CORRECTIONS et al,

        Defendant.

Case Number: CV11-04918 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 31, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Curtis Lee Henderson H-43488  
Corcoran State Prison  
D3-130  
P.O. Box 5242  
Corcoran, CA 93212

Dated: July 31, 2012

        Richard W. Wieking, Clerk  
        By: Jackie Lynn Garcia, Deputy Clerk