IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CURTIS LEE HENDERSON, SR., | ) | No. C 11-4918 RMW (PR) |
| Plaintiff, | ) | ORDER DIRECTING CLERK TO RE-ISSUE SUMMONS ON DR. D. SHAMPAIN |
| v. | ) | |
| DR. J. ESPINOZA, et al., | ) | |
| Defendants. | ) | (Docket No. 43.) |

On October 5, 2011, plaintiff, a California state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. (Docket No. 1) The court ordered service of plaintiff's complaint on the named defendants at California State Prison-San Quentin ("CSP-SQ"). (Docket No. 13.) Summons for defendant Dr. D. Shampain was returned unexecuted because Dr. D. Shampain "was a Contract employee and has not worked with CSP-San Quentin since on about October 2011." (Docket No. 33.) Only July 31, 2012, this Court directed Plaintiff to provide current and accurate location information for defendant Dr. D. Shampain within thirty (30) days. (Docket No. 37.) Plaintiff has filed a motion requesting the Court re-issue a summons on Defendant Dr. D. Shampain. (Docket No. 43.) Within the motion Plaintiff provides two addresses for the Defendant Dr. David Shampain. Good cause having been shown, Plaintiff's motion is **GRANTED**.

The court directs the clerk to re-issue a summons and the United States Marshal to serve,

1 without prepayment of fees, a copy of the complaint in this matter, (docket no. 1), all attachments
2 thereto, a copy of the court order filed March 6, 2012 (docket no. 13), and a copy of this order
3 upon defendant **Dr. David Shampain** at **1920 Creston Rd., Ste B, Paso Robles, California**
4 **93446 (805) 239-2146** and **530 Teft Street, Nipomo California 93444 (855) 296-4950.** The
5 Clerk shall also mail a courtesy copy of this order to the California Attorney General's Office.

6     Defendant Dr. D. Shampain shall file a motion for summary judgment or other
7 dispositive motion with respect to the claims in the complaint found to be cognizable, and
8 briefing shall proceed thereafter, in accordance with the schedule and instructions set forth in the
9 Court's Order of Service, filed March 6, 2012. (Docket No. 13).

10     This order terminates Docket No. 43.

11     IT IS SO ORDERED.
12 DATED: _____

*Ronald M. Whyte*
RONALD M. WHYTE
13 United States District Judge

Order Directing Re-issue summons
G:\PRO-SE\SJ.Rmw\CR.11\Henderson918svcreissue.wpd 2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CURTIS LEE HENDERSON SR.,

        Plaintiff,

  v.

CA DEPT OF CORRECTIONS et al,

        Defendant.

Case Number: CV11-04918 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 17, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Curtis Lee Henderson H-43488  
Corcoran State Prison  
D3-130  
P.O. Box 5242  
Corcoran, CA 93212

Dated: September 17, 2012

Richard W. Wieking, Clerk  
By: Jackie Lynn Garcia, Deputy Clerk