IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CURTIS LEE HENDERSON,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**CDCR, et al.,**<br><br>　　　　　　　　　　Defendants. | Case No. C 11-4918 RMW (PR)<br><br>**[] ORDER GRANTING DEFENDANT ESPINOZA'S MOTION TO CHANGE TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT ESPINOZA'S MOTION FOR SUMMARY JUDGMENT** |

　　Defendant Espinoza moved this Court for an extension of time to reply to Plaintiff's opposition to Defendant Espinoza's motion for summary judgment. After full consideration, and good cause appearing, IT IS ORDERED that the motion is granted. Plaintiff may file and serve a supplemental opposition to Defendant Espinoza's summary-judgment motion no later than fifteen days from the date of this order. Defendant Espinoza shall file a reply brief no later than fifteen days from the date Plaintiff files his supplemental opposition, or if Plaintiff does not file a supplemental opposition, fifteen days after the deadline for Plaintiff to file a supplemental opposition has lapsed.

Dated: _____

　　　　　　　　　　　　　　　　　　　　　　　/s/ Ronald M. Whyte
　　　　　　　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LEE HENDERSON SR., | Case Number: CV11-04918 RMW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| CA DEPT OF CORRECTIONS et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 24, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Curtis Lee Henderson H-43488
Corcoran State Prison
D3-130
P.O. Box 5242
Corcoran, CA 93212

Dated: September 24, 2012

Richard W. Wieking, Clerk
By: Jackie Lynn Garcia, Deputy Clerk