MARK R. GIBSON, ESQ., SBN 212222
BRADLEY, CURLEY, ASIANO, BARRABEE,
ABEL & KOWALSKI, P.C.
1100 Larkspur Landing Circle, Suite 200
Larkspur, CA 94939

Telephone: (415) 464-8888
Facsimile: (415) 464-8887

Attorneys for Defendant
DAVID SHAMPAIN, D.D.S.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LEE HENDERSON, SR., <br><br> Plaintiff, <br><br> v. <br><br> DR. J. ESPINOZA, et al., <br><br> Defendants. | No. **5:11-cv-04918-RMW** <br> ASSIGNED FOR ALL PURPOSES TO <br> JUDGE RONALD M. WHYTE <br> DEPARTMENT 6 <br><br> **NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT DAVID SHAMPAIN, D.D.S.** |

TO THE CLERK OF THE COURT, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES HEREIN:

**PLEASE TAKE NOTICE THAT THE CLERK** is hereby asked to enter the appearance of Jennifer J. Nygaard, Deputy Attorney General, and to withdraw the appearance of Mark Richard Gibson, who was formally assigned to represent Defendant David Shampain, D.D.S. The Clerk is requested to change the docket sheet and other Court records so as to reflect that all Orders and communications from the Court will in the future be directed to Deputy Attorney General Jennifer J. Nygaard at the following mailing address, telephone number, facsimile number and e-mail address:

Jennifer J. Nygaard
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Tel: 415-703-5577
Fax: 415-703-5843
Jennifer.Nygaard@doj.ca.gov

BRADLEY, CURLEY,
ASIANO, BARRABEE,
ABEL & KOWALSKI,
P.C.
1100 Larkspur Landing
Circle, Suite 200
Larkspur, CA 94939
TEL (415) 464-8888
FAX (415) 464-8887

Please also take notice that, from the date of this request, service on the above-named Defendant should be made on Ms. Nygaard only. Please amend your service lists accordingly.

I consent to this substitution.

Dated: 10-29-13

_____
DAVID SHAMPAIN, D.D.S.

I consent to this substitution

Dated: 10-29-13

BRADLEY, CURLEY, ASIANO,
BARRABEE, ABEL & KOWALSKI, P.C.

_____
MARK R. GIBSON

I consent to this substitution

Dated: 10/29/13

CALIFORNIA STATE ATTORNEY GENERAL'S OFFICE

_____
JENNIFER J. NYGAARD

IT IS SO ORDERED.

Dated: _____

*Ronald M. Whyte*
THE HONORABLE RONALD M. WHYTE
JUDGE OF THE UNITED STATES DISTRICT COURT

H:\docs\MEDPRO\913012\Sub of Attorney.wpd

- 2 -

NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT DAVID SHAMPAIN, D.D.S.
United States District Court, Northern District of California Case No. 5:11-cv-04918-RMW

BRADLEY, CURLEY,
ASIANO, BARRABEE,
ABEL & KOWALSKI,
P.S.
1100 Larkspur Landing
Circle, Suite 200
Larkspur, CA 94939
TEL (415) 464-8888
FAX (415) 464-8887

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CURTIS LEE HENDERSON SR.,

        Plaintiff,

  v.

CA DEPT OF CORRECTIONS et al,

        Defendant.

Case Number: CV11-04918 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 3, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Curtis Lee Henderson H-43488
California State Prison
A2-107
P.O. Box 409020
Ione, CA 95640

Dated: February 3, 2014

                                      Richard W. Wieking, Clerk
                                      By: Jackie Lynn Garcia, Deputy Clerk