KAMALA D. HARRIS
Attorney General of California
WILLIAM C. KWONG
Supervising Deputy Attorney General
JENNIFER J. NYGAARD
Deputy Attorney General
State Bar No. 229494
  1515 Clay Street, 20th Floor
  P.O. Box 70550
  Oakland, CA 94612-0550
  Telephone: (510) 622-4460
  Fax: (510) 622-2270
  E-mail: Jennifer.Nygaard@doj.ca.gov
*Attorneys for Defendant Shampain*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **CURTIS LEE HENDERSON,**<br><br>                  Plaintiff,<br><br>v.<br><br>**CDCR, et al.,**<br><br>                  Defendants. | C 11-4918 RMW (PR)<br><br>**STIPULATED PROTECTIVE ORDER TO STAY DISCOVERY** |

    Subject to the approval of this Court, Plaintiff Curtis Henderson and Defendant Shampain stipulate to the following protective order:

    All discovery is stayed until the Court rules on Defendant Shampain's motion for summary judgment (ECF No. 102), or until the Court issues an order opening discovery between Plaintiff and Defendant Shampain. If the Court denies Defendant Shampain's summary-judgment motion or otherwise orders discovery reopened, Defendant Shampain shall respond to discovery already served within thirty days of the filing of the Court's order.

///

///

1

SO STIPULATED:

DATED: May 12, 2014

_____
CURTIS HENDERSON
Plaintiff


DATED: May 16, 2014

_____
JENNIFER J. NYGAARD
Deputy Attorney General
Attorney for Defendant Shampain


IT IS SO ORDERED:


DATED: ~~May ___, 2014~~

_____
RONALD M. WHYTE
United States District Judge


SF2012203937
90399681.doc

2

Stip. Protective Order Stay Disc. (C 11-4918 RMW (PR))

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LEE HENDERSON SR., | Case Number: CV11-04918 RMW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| CA DEPT OF CORRECTIONS et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 3, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Curtis Lee Henderson H-43488
California State Prison
A2-107
P.O. Box 409020
Ione, CA 95640

Dated: July 3, 2014

Richard W. Wieking, Clerk
By: Jackie Lynn Garcia, Deputy Clerk