*E-FILED 11-25-13*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CURTIS LEE HENDERSON, | ) | No. C 11-4918 RMW (PR) |
| Plaintiff, | ) | JUDGMENT |
| vs. | ) | |
| DR. SHAMPAIN, | ) | |
| Defendant. | ) | |

The court has granted defendant Dr. Shampain's motion for summary judgment. The court previously granted defendant M. Espinoza's motion for summary judgment on March 27, 2013 (docket no. 70), and granted defendant Dr. Yu's motion to dismiss on September 20, 2013 (docket no. 89). Judgment is hereby entered in favor of defendants and against plaintiff. The Clerk shall terminate all pending motions and close the file.

IT IS SO ORDERED.

DATED: *11-25-13*

RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\RMW\CR.11\Henderson918jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LEE HENDERSON SR., | Case Number: CV11-04918 RMW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| DR. SHAMPAIN, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 21, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Curtis Lee Henderson H-43488
California State Prison
A2-107
P.O. Box 409020
Ione, CA 95640

Dated: November 21, 2014

    Richard W. Wieking, Clerk
    By: Jackie Lynn Garcia, Deputy Clerk